858 A.2d 586

OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

John M. LARASON, Respondent.

No. 939 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 19, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 19th day of August, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 21, 2004, it is hereby

ORDERED that JOHN M. LARASON be and he is SUSPENDED from the Bar of this Commonwealth for a period of three months, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.